# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 24 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Skyler Philippi

_____

(Full name of the Plaintiff(s) in this action)

v.

Christian County Jail
Jailer Adam Smith
Maj ~~[illegible]~~ Dan Burd

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:25-cv-27-CRS
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

I.  PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Skyler Philippi

Place of Confinement: Christian Co. Jail

Address: 410 W. 7th St Hopkinsville Ky 42240

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Christian County Jail__ is employed as __Institution__ at __Hopkinsville Ky__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(2) Defendant __Jailer Adam Smith__ is employed as __Jailer__ at __Christian County Jail__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant __Maj. Davy Burd__ is employed as __Maj. Dep Jailer__ at __Christian Co. Jail__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III. **STATEMENT OF CLAIM(S)**

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 11-2-24 I - Skyler Phillippi was arrested by the FBI and transported to Nashville TN. Then to Christian Co. Jail in Hopkinsville Ky. I was appointed counsel from the Federal Public defenders office about 11-5-24 - 11-10-24. Since being incarserated I have been to court multiple times and my counsel has advised I would be recieving multiple pieces of legal mailings to help me prepare my defense and stay in effective communication with counsel. Since my incarseration at Christian Co. Jail this facility is intentionally and purposefully without a court order or GAG order issued by a judge of competent jurisdiction withholding my legal mail and I was told this by Deputy Wynne, Maj Davy Burd, and Jailer Adam Smith. I submitted multiple grievances inquiring why my due process rights are being violated without any court ordered intervention and it has every one scratching their heads. I have exhausted all internal

4

## III. STATEMENT OF CLAIM(S) continued

Remedies available to me here at Christian County Jail. I have Been unable to Resolve this and its hindering my ability to Properly Prepare my defense and effectively communicate with my counsel. I ask this court to issue a stern order Requiring All my legal mailings Released immediately to me and brought to me by a Supervisory officer in this Facility. I Am seeking monetary compensation For the emotional anguish this has caused me For the past 4 months as well. Thank you for your time and assistance. Also this Facility has Refused to comply with my Request for my inmate account transcript, therefore it is not included!

Skyler Philippi

2-18-25

5

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ $25,000

__X__ grant injunctive relief by Order CCJ TO provide me my Legal Mail.

__X__ award punitive damages in the amount of $ $10,000

__X__ other: Order CCJ to Release All Legal Mail to me.

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18 day of Feb, 2025

x. Shrwr R Philippi
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

x. Shrwr R Philippi
(Signature)

6



Skyler Philippi 958907
Christian Co. Jail
410 W. 7th St
Hopkinsville Ky 42240.
5:25-CV-27-CRS

FILED
JAMES J. VILT, JR. - CLERK
FEB 24 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITE[D]
501 Broad[way]
Paducah

LEGAL MAIL
2-18-25

PRIVE[LEGED]
US



