MAJ. BURD



## Administration Request_CCJ

For 958907: SKYLER PHILIPPI 900  WALK 901 USMS M/TN USM-TN on 2/15/2025 12:36:18 PM
Dates and Times are presented in Central Time (US & Canada)

**Issue ID:** 37275748

**Last Assigned to:**   Administration Request on 2/15/2025 12:36:18 PM

**Last Status:**   Submitted  by 958907: SKYLER PHILIPPI on 2/15/2025 12:36:18 PM

**Accept the terms to continue**
This general request to administrators of Christian County is for routine custody questions ONLY. This is not to be used for formal grievance, as there is a separate operation on system for this specific need.
Accept
   *Submitted  by 958907: SKYLER PHILIPPI 900_WALK 901 USMS M/TN USM-TN  on 2/15/2025 12:36:18 PM*

**Please enter your inquiry about your account**
I'd like to request a presidential pardon packet from whitehouse.

and a usc-19-83 form, packet. this jails withholding my legal mail without a judges order or gag order issued by a federal judge. thats a priveledged communication violation.  i will pursue this .
   *Submitted  by 958907: SKYLER PHILIPPI 900_WALK 901 USMS M/TN USM-TN  on 2/15/2025 12:36:18 PM*

*(handwritten, circled):* Acct Transcript denied 2-17-25

Printed 2/17/2025                                                                                                      Page 1 of 1